UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JERONIMO MARADIAGA et al.,

                      Plaintiffs,

    -against-                              ORDER

CITY OF NEW YORK et al.,               16 Civ. 8325 (GBD) (DCF)

                    Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Defendants' request for an extension of time to file a response to Plaintiffs' opposition to Defendants' motion for summary judgment and to Plaintiffs' cross-motion for summary judgment, (ECF No. 125), is GRANTED. Defendants' responses are due by December 13, 2019. Plaintiffs' reply is due by January 10, 2020.

    Oral argument will be held on Defendants' motion for summary judgment and Plaintiffs' cross-motion for summary judgment on April 7, 2020 at 10:30 am. The status conference scheduled for December 18, 2019 is canceled.

Dated: New York, New York
       December 4, 2019

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge