UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JERONIMO MARADIAGA et al.,

                      Plaintiffs,

    -against-

CITY OF NEW YORK et al.,

                      Defendants.

------------------------------------x

ORDER

16 Civ. 8325 (GBD) (DCF)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' request for an extension of time to file a reply in support of their cross-motion for summary judgment, (ECF No. 132), is GRANTED. Plaintiffs' reply is due by January 29, 2020.

    Oral argument on Defendants' motion for summary judgment and Plaintiffs' cross-motion for summary judgment is adjourned from April 7, 2020 to April 15, 2020 at 10:30 am.

Dated: New York, New York
       January 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge