**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JERONIMO MARADIAGA, COSME DEL
ROSARIO, RANDOLPH CARR and KEVIN
PARK,

                Plaintiffs,                        16 **CIVIL** 8325 (GBD)

        -against-                                **JUDGMENT**

THE CITY OF NEW YORK, a municipal
entity, NEW YORK CITY DEPARTMENT
POLICE OFFICER KEVIN COX, (Shield No.
3270), in his individual capacity, SERGEANT
RAY THORNEY, (Shield No. 3814), in his
individual capacity, et al.,

                Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 1, 2020, Plaintiffs' motion for partial summary judgment is DENIED. Defendants' motion for summary judgment dismissing Plaintiffs' claims.

**Dated:**  New York, New York

       October 1, 2020

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                      **BY:**        *K. Mango*

                                                    **Deputy Clerk**