# MANDATE

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **January 6, 2021**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of November, two thousand and twenty.

_____

Jeronimo Maradiaga, Cosme Del Rosario-Bell, Randolph Carr, Kevin Park,

       Plaintiffs - Appellants,

v.

Kevin Cox, New York City Police Department Officer, (Shield No. 3270), in their individual capcity, John Doe, New York City Police Department Sergeant (Sgt.) (the name John Doe being fictitious, as the true name and shield number is not presently known), in their individual capacity, John Does, New York City Police Department Police Officers (P.O.), 13, (the names John Doe being fictitious, as the true names and shield numbers are not presently known), in their individual capacities, P.O. John Does 1-8, (the names John Doe being fictitious, as the true names and shield numbers are not presently known), in their individual capacities, Sgt. Ray Thorney, (Shield No. 3841), in their individual capacity, Sgt. Dawud Daniel-Bey, (Shield No. 2122), in their individual capacity, P.O. Thomas Lowe, (Shield No. 31931), in their individual capacity, P.O. Denis Cekic, (Shield No. 11429), in their individual capacity, P.O. Daniel Cruz, (Shield No. 22799), in their individual capacity, P.O. Jack Deng, (Shield No. 8379), in their individual capacity, P.O. Michael Dudine, In their individual capacity, City of New York, A municipal entity, P.O. Jennifer Gomez, In their individual capacity,

**ORDER**

Docket Number: 20-3747

       Defendants - Appellees.
_____

**MANDATE ISSUED ON 01/06/2021**

A notice of appeal was filed on November 3, 2020. The filing fee of $505.00 was due to be paid to the district court by November 17, 2020. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective December 3, 2020 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit