**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

JERONIMO MARADIAGA, COSME DEL
ROSARIO-BELL, RANDOLPH CARR, and
KEVIN PARK,

                         Plaintiffs,

    -against-

CITY OF NEW YORK et al,

                         Defendants.

------------------------------------- X

ORDER

16 Civ. 8325 (GBD)

GEORGE B. DANIELS, District Judge:

A conference is scheduled for June 1, 2022 at 9:45 a.m.

Dated: February 14, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE