UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JERONIMO MARADIAGA, COSME DEL
ROSARIO-BELL, RANDOLPH CARR,
and KEVIN PARK,

                       Plaintiffs,

-against-

THE CITY OF NEW YORK, KEVIN COX, *New York City Police Department Police Officer, (Shield No. 3270), in his individual capacity*, JOHN DOE, *New York City Police Department Sergeant (Sgt.) (the name John Doe being fictitious, as the true name and shield number is not presently known), in their individual capacity*, and JOHN DOES 1-3, *New York City Police Department Police Officers (P.O.) (the names John Doe being fictitious, as the true names and shield numbers are not presently known), in their individual capacities*,

                       Defendants.

------------------------------------- x

ORDER

16 Civ. 8325 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for June 1, 2022 is canceled.

Dated: May 26, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge